IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:98CR126 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD WILLY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 3, 2007, the defendant appeared with counsel for a hearing on a Petition for Warrant for Offender Under Supervision (Filing No. 614). Defendant was present and represented by David O'Neill, Assistant Federal Public Defender. Plaintiff was represented Maria Moran, Assistant United States Attorney. The defendant admitted allegations numbered 2 through 6, inclusive. The plaintiff dismissed allegation numbered 1. The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) The defendant's supervised release is hereby revoked and the defendant is sentenced to the custody of the Bureau of Prisons for time served.

2) Defendant is placed on supervised release for a period of thirty-six (36) months. He shall enter and participate in a community confinement program, in the community correction's component with work release for a period of one hundred twenty

(120) days or until discharged by the United States Probation Office pursuant to 18 U.S.S.G. 3563(b)(11).

3) Defendant shall enter and participate in the cognitive thinking program provided by the United States Probation Office for this District.

DATED this 3rd day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court